Jeffrey T. Hammerschmidt, SBN 131113
Mark A. Broughton, SBN 079822
Laura M. Bragg, SBN 272052
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Ste. 150
Fresno, California 93721
Tel:  (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Husam Sarama

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUSAM SARAMA,<br><br>    Defendant | Case No.: 1:06-CR-00365-LJO-DLB<br><br>WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |

**TO:   THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

The Defendant Husam Sarama, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing on any motion or other proceeding in this case.  Examples of hearing concerning which the defendant waives the right to be present include when the case is set for trial, when a continuance is ordered, when a motion to set aside an indictment is heard, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest is represented at all times by the presence of his attorney the same as if the Defendant were

...

personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Dated: May 9, 2012

/s/ Husam Sarama

HUSAM SARAMA

Dated: May 9, 2012

/s/ Jeffrey T. Hammerschmidt

JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant, Husam Sarama

IT IS SO ORDERED.

Dated: **May 10, 2012**

/s/ Dennis L. Beck

UNITED STATES MAGISTRATE JUDGE

personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Dated: May 9, 2012

/s/ Husam Sarama

HUSAM SARAMA

Dated: May 9, 2012

/s/ Jeffrey T. Hammerschmidt

JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant, Husam Sarama

IT IS SO ORDERED.

Dated: **May 10, 2012**

/s/ Dennis L. Beck

UNITED STATES MAGISTRATE JUDGE