Jeffrey T. Hammerschmidt, #131113
Mark A. Broughton, #079822
Burton J. Francis, #114800
Christina A. Widner, #284512
HAMMERSCHMIDT BROUGHTON LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Husam Sarama

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HUSAM SARAMA,<br><br>　　　　　Defendant | Case No.: 1:06-cr-00365<br><br>**MOTION TO EXTEND TURN-IN DATE TO MONDAY, APRIL 8, 2013 BY 2:00PM TO THE FEDERAL CORRECTION INSTITUTION, LOMPOC** |

　　　PLEASE TAKE NOTICE that Defendant Husam Sarama, by and through his counsel of record, Jeffrey T. Hammerschmidt, of Hammerschmidt Broughton Law Corporation, hereby moves to extend Mr. Sarama's turn in date from April 3, 2013 until April 8, 2013 by 2:00pm to the Federal Correction Institution, Lompoc.

　　　The motion will be made on the grounds that there was a misunderstanding concerning the turn in date, and Mr. Sarama believed that he had been ordered to turn himself in on April 13, 2013, instead of April 3, 2013. Mr. Hammerschmidt, counsel for Mr. Sarama, and Assistant United States Attorney Mark Cullers, have been in communication and are in agreement on the extended turn in date of April 8, 2013 by 2:00pm at Federal Correction Institute, Lompoc.

Dated:  April 4, 2013　　　　　　　　　　　　　/s/ Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey T. Hammerschmidt
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　　　Husam Sarama

1

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:06-cr-00365 |
| Plaintiff, | |
| vs. | |
| HUSAM SARAMA, | |
| Defendant | |

ORDER

IT IS ORDERED that the turn in date for Defendant Husam Sarama be extended from April 3, 2013 until April 8, 2013 by 2:00pm to Federal Correction Institute, Lompoc.

IT IS SO ORDERED.

Dated:   **April 8, 2013**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE

2